# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Patrick JOSEPH, et. al. | ) | Case No. |
| See Attachment - Defendant List | ) | 21-mj-6310-MPK |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2/1/2020 to 5/26/2021 in the county of Norfolk and elsewhere in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute cocaine and cocaine base |

This criminal complaint is based on these facts:

See attached affidavit of Postal Inspector Jeffrey M. Powers

☑ Continued on the attached sheet.

/s/ Jeffrey M. Powers
*Complainant's signature*

Jeffrey M. Powers, Postal Inspector
*Printed name and title*

Attested and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on:

Date: 05/26/2021

*Judge's signature*

City and state: Boston, Massachusetts    Hon. M. Page Kelley, Chief US Magistrate Judge
*Printed name and title*