Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND RELATED SEARCH WARRANTS | Case No. 21-mj-6310 to 6322-MPK<br><br>**FILED UNDER SEAL** |

## INDEX TO AFFIDAVIT OF JEFFREY M. POWERS

**TARGET DEFENDANTS:**

1) Patrick JOSEPH ("JOSEPH");

   a. ¶ Passim

2) Donald CUE ("CUE");

   a. ¶ Passim

3) Night MENARD ("MENARD");

   a. ¶ 121-132, 168-169, 181-189, 207, 235-238, 246-247

4) Christian Junior ALVARDO-DELEON ("ALVARADO-DELEON");

   a. ¶ 112, 118-120, 123-125, 133-134, 136-140, 144-150, 192-197, 205-206, 223

5) Oscar NIEVES-SOSA ("NIEVES-SOSA");

   a. ¶ 62, 107, 111-112, 135-150, 202-206

6) Steven BERRIO ("BERRIO");

   a. ¶ 135-150

7) Robert MONTEIRO ("MONTEIRO");

      a. ¶ 83, 121-132, 198-201, 211-216

8) Patrick SNOW ("SNOW"); and

      a. ¶ 248-252

9) Felix BAEZ-MUNOZ ("BAEZ-MUNOZ")

      a. ¶ 57-61, 75-81

**TARGET LOCATIONS:**

1) 85 Murray Circle, Stoughton, Massachusetts (hereinafter "JOSEPH's residence," or "Target Location 1");
   a. ¶ 21-23

2) 1 Royal Crest Drive, Apartment 4C, Randolph, Massachusetts (hereinafter, "MENARD's residence," or "Target Location 2");
   a. ¶ 24-27, 61, 69-74, 76-78, 100-105, 168-169, 185, 187, 207, 238, 246-247

3) 100 Liberty Place, Apartment 23E, Randolph, Massachusetts (hereinafter, "Liberty Place 23E," "ALVARADO-DELEON Residence" or "Target Location 3");
   a. ¶ 28-29, 123, 133-134, 145-150, 193, 203-206, 208, 211,

4) 100 Liberty Place, Apartment 13E, Randolph, Massachusetts (hereinafter, "Liberty Place 13E" or "Target Location 4");
   a. ¶ 30-31, passim

5) 22 Green Street, Right side, Randolph, Massachusetts (hereinafter, "CUE's residence," or "Target Location 5");
   a. ¶ 32-33, 156, 170

6) 100 Highland Street, Apartment 2, Brockton, Massachusetts (hereinafter, "AUGUSTIN's residence," or "Target Location 6");
   a. ¶ 34-35, 243, 245

7) 33 Davison Street, Apartment 1F, Hyde Park, Massachusetts (hereinafter, "NIEVES-SOSA's residence" or "Target Location 7");
   a. ¶ 36-37, 111, 136-143

8) 1 Webster Avenue, Apartment 201, Chelsea, Massachusetts (hereinafter, "BERRIO's residence" or "Target Location 8");
   a. ¶ 38-40, 62, 90-91, 107, 135-150

9) 91 Highland Street, Apartment 1, Brockton, Massachusetts (hereinafter, "MONTEIRO's residence," or "Target Location 9");

a. ¶ 41-42, 199-201, 214-216

10) 152 Spencer Street, Apartment 3, Dorchester, Massachusetts (hereinafter, "ARCHIE's residence," or "Target Location 10");
    a. ¶ 43-44, 173-180

11) 32 Merrymount Avenue, Apartment 8, Quincy, Massachusetts (hereinafter, "HACKETT's residence," or "Target Location 11"); and
    a. ¶ 45-47, 156-158

12) 79 Peckham Street, Third Floor, Fall River, Massachusetts (hereinafter, "HOPKINS residence," or "Target Location 12");
    a. ¶ 48-51, 228